LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
1050 INDIGO DRIVE, SUITE 120
Las Vegas, Nevada 89145
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Davi Fernandes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVI FERNANDES,<br><br>　　　　　Defendant. | CASE NO.:　2:17-cr-0001-JAD-CWH<br><br>**MOTION TO WITHDRAW JOINDER TO DEFENDANT ANDERSON ALCANTARA'S MOTION TO DISMISS [ECF 263]** |

COMES NOW, the Defendant, DAVI FERNANDES, by and through his counsel of record, LUCAS J. GAFFNEY, ESQ., and hereby moves this Honorable Court to allow him to withdraw his motion to join Defendant Anderson Alcantara's Motion to Dismiss [ECF 263].

DATED: May 18, 2018.　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Lucas Gaffney*
　　　　　　　　　　　　　　　　　　　　　LUCAS J. GAFFNEY, ESQ.
　　　　　　　　　　　　　　　　　　　　　GAFFNEY LAW
　　　　　　　　　　　　　　　　　　　　　1050 Indigo Drive, Suite 120
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada, 89145

**MEMORANDUM**

After consultation with counsel, Mr. Fernandes respectfully requests this Honorable Court allow him to withdraw his Motion for Joinder to Defendant Anderson Alcantara's Motion to Dismiss [ECF 263].

DATED: May 18, 2018.                     Respectfully submitted,

*/s/ Lucas Gaffney*
LUCAS J. GAFFNEY, ESQ.
GAFFNEY LAW
1050 Indigo Drive, Suite 120
Las Vegas, Nevada, 89145

IT IS SO ORDERED.

DATED: May 21, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

I, the undersigned, hereby certify that I am an employee of Gaffney Law, a firm licensed to practice law in the District of Nevada, and I am of such age and discretion as to be competent to serve papers.

That on May 18, 2018, I served an electronic copy of the above and foregoing by electronic service via the ECF system.

By: */s/ Lucas Gaffney*
Employee of Gaffney Law.